UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARCO RODRIGUEZ CUNA,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-03899-MRA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 6), and the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Marco Rodriguez Cuna (A# 200 248 499)** within seven (7) days of the date of this Judgment with instructions that the

immigration judge (i) has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and (ii) must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; OR

b. release Petitioner from custody under his preexisting Order of Recognizance if he is not timely provided the bond hearing described immediately above; and

2. Denying the Petition without prejudice as to all other relief sought as moot and/or unsupported.

IT IS SO ORDERED.

Dated: August 14, 2026 ____

_______________________________
MÓNICA RAMÍREZ ALMADANI
United States District Judge