JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MARCO RODRIGUEZ CUNA, Petitioner, v. FERETI SEMAIA, et al., Respondents. | Case No. 5:26-cv-03899-MRA-JDE JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is granted, in part, as follows:

a. Respondents are ORDERED to hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Marco Rodriguez Cuna (A# 200 248 499)** within seven (7) days of the date of this Judgment with instructions that the immigration judge (i) has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and (ii) must

provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; OR release Petitioner from custody under his preexisting Order of Recognizance if he is not timely provided the bond hearing described immediately above; and

b. All other relief sought by the Petition is denied without prejudice.

Dated: August 14, 2026 ____

MÓNICA RAMÍREZ ALMADANI
United States District Judge